

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-22-00233-CV, 04-22-00253-CV

**3CM, LLC** d/b/a 3CM Multifamily,
Appellant

v.

Gregory **TRIMBLE** and Group of Investors,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVCD-22-0000052
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, appellant 3CM, LLC d/b/a 3CM Multifamily's motion for review of further order is GRANTED.

The trial court's First Amended Order Granting Intervenor Group of Investors' Application for Temporary Injunction is REVERSED. The temporary injunction is hereby DISSOLVED in its entirety.

Appellant 3CM, LLC d/b/a 3CM Multifamily's appeal of the trial court's order compelling arbitration, Appellate Cause No. 04-22-00233-CV, is DISMISSED FOR LACK OF JURISDICTION.

The cause is REMANDED to the trial court for further proceedings consistent with this opinion. It is ORDERED that each party bear its own costs on appeal.

SIGNED March 29, 2023.

Irene Rios, Justice